**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7415**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

QUADRICK MONTRELL EVERETTE, a/k/a Quat,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  James C. Dever, III,
Chief District Judge.  (4:10-cr-00043-D-1; 4:14-cv-00113-D)

_____

Submitted:  February 12, 2015      Decided:  February 18, 2015

_____

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Quadrick Montrell Everette, Appellant Pro Se.   William Glenn
Perry, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, North
Carolina;  Seth  Morgan  Wood,  OFFICE  OF  THE  UNITED  STATES
ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quadrick Montrell Everette seeks to appeal the district court's order dismissing his 28 U.S.C. § 2255 (2012) motion as successive. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Everette has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED